# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| EMILIO CHAVEZ, Plaintiff, v. CITY OF CHICAGO, HECTOR FUENTES, and PETE GURSKIS, Defendants | FILED: AUGUST 22, 2008 08CV4814 JUDGE PALLMEYER MAGISTRATE JUDGE DENLOW BR |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EMILIO CHAVEZ, Plaintiff

| | |
|---|---|
| **NAME (Type or print)** Kurt Feuer | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ Kurt Feuer | |
| **FIRM** LOEVY & LOEVY | |
| **STREET ADDRESS** 312 N. May Street, Suite 100 | |
| **CITY/STATE/ZIP** Chicago, IL 60607 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6187322 | **TELEPHONE NUMBER** 312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |