## United States District Court for the Northern District of Illinois

Case Number: 08CV4814     Assigned/Issued By: DAJ

Judge Name: PALLMEYER     Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

Amount Due:  [✓] $350.00     [ ] $39.00     [ ] $5.00
             [ ] IFP         [ ] No Fee     [ ] Other _____
             [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00          Receipt #: 3045112

Date Payment Rec'd: 08/22/08     Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

3  Original and  0  copies on  08/22/08  as to  DEF'S.
                                  (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05